UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILLER & CHEVALIER CHARTERED<br>655 Fifteenth Street, NW, Suite 900<br>Washington, D.C. 20005,<br><br>        Plaintiff,<br><br>        v.<br><br>INTERNAL REVENUE SERVICE<br>1111 Constitution Avenue, NW<br>Washington, D.C. 20224,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Miller & Chevalier Chartered, certify

that to the best of my knowledge and belief, the following are parent companies,

subsidiaries or affiliates of Miller & Chevalier Chartered, which have any outstanding

securities in the hands of the public: Miller & Chevalier Chartered is not a publicly held

entity and has no parent company, subsidiaries or affiliates.

These representations are made in order that the judges of this court may

determine the need for recusal.

Respectfully submitted,

Shane T. Hamilton
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C.  20005-5701
Phone:  (202) 626-5800
Facsimile:  (202) 626-5801
E-mail:  shamilton@milchev.com
D.C. Bar Number:  459320

Kevin L. Kenworthy
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C.  20005-5701
Phone:  (202) 626-5800
Facsimile:  (202) 626-5801
E-mail:  kkenworthy@milchev.com
D.C. Bar Number:  414887

Counsel for Plaintiff

Date:  August 14, 2007

Of Counsel:

Kathryn Morrison Sneade
    Miller & Chevalier Chartered