AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Miller & Chevalier Chartered

**SUMMONS IN A CIVIL CASE**

V.

Internal Revenue Service

CASE

Case: 1:07-cv-01472
Assigned To : Urbina, Ricardo M.
Assign. Date : 8/14/2007
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Jeffrey A. Taylor, Esq.
United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Shane T. Hamilton
Miller & Chevalier Chartered
655 Fifteenth Street, NW
Suite 900
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    AUG 14 2007
CLERK                                      DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Miller & Chevalier Chartered

vs.

Internal Revenue Service

No. 1:07-CV-01472 RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Plantiff's Original Complaint; and Exhibits A - F in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:50 pm on August 16, 2007, I served Jeffrey A. Taylor, United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Lakesha Carroll, Docket Clerk, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    30
HEIGHT-    5'5"
  HAIR-    BLACK
WEIGHT-    150
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 8-17-07
Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 192978

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Miller & Chevalier Chartered

**SUMMONS IN A CIVIL CASE**

V.

Internal Revenue Service

Case: 1:07-cv-01472
Assigned To : Urbina, Ricardo M.
Assign. Date : 8/14/2007
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Honorable Alberto R. Gonzales
Attorney General of the United States
10th and Constitution Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Shane T. Hamilton
Miller & Chevalier Chartered
655 Fifteenth Street, NW
Suite 900
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    AUG 14 2007

CLERK                                                       DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Miller & Chevalier Chartered

vs.

Internal Revenue Service

No. 1:07-CV-01472 RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Plantiff's Original Complaint; and Exhibits A - F in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:20 pm on August 16, 2007, I served Honorable Alberto R. Gonzales, Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Dean Mathis, Mailroom Clerk, authorized to accept. Described herein:

```
   SEX-   MALE
   AGE-   36
HEIGHT-   5'9"
  HAIR-   BALD
WEIGHT-   175
  RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8-17-07
              Date

*Wesley Jennings*
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 192981

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Miller & Chevalier Chartered

**SUMMONS IN A CIVIL CASE**

V.

Internal Revenue Service

CASE NU~~MBER~~

Case: 1:07-cv-01472
Assigned To : Urbina, Ricardo M.
Assign. Date : 8/14/2007
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

*INTERNAL REVENUE SERVICE*
*SERVE:* Honorable Kevin M. Brown
Acting Commissioner, Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Shane T. Hamilton
Miller & Chevalier Chartered
655 Fifteenth Street, NW
Suite 900
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                              14 2007

CLERK                                                    DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Miller & Chevalier Chartered

vs.

Internal Revenue Service

No. 1:07-CV-01472 RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Plantiff's Original Complaint; and Exhibits A - F in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:14 pm on August 16, 2007, I served Internal Revenue Service c/o Honorable Kevin M. Brown, Acting Commissioner at 1111 Constitution Avenue, NW, Washington, DC 20224 by serving Gerald Ryan, Office of Chief Counsel (Procedures & Administration), authorized to accept. Described herein:

```
SEX-     MALE
AGE-     56
HEIGHT-  5'7"
HAIR-    GRAY/WHITE
WEIGHT-  160
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8-17-07
             Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 192982