## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MILLER & CHEVALIER CHARTERED, ) | |
|  ) | |
|     Plaintiff, ) | |
|  ) | |
|   v. ) | NO. 1:07-cv-01472 RMU |
|  ) | |
| INTERNAL REVENUE SERVICE ) | |
| 1111 Constitution Avenue, N.W. ) | |
| Washington, DC 20224, ) | |
|  ) | |
|     Defendant. ) | |

### THE INTERNAL REVENUE SERVICE'S MOTION
### FOR ENLARGEMENT OF TIME TO ANSWER
### OR OTHERWISE PLEAD

Defendant Internal Revenue Service, through undersigned counsel, moves the Court for additional time in which to file an answer or other pleading responsive to the complaint. Defendant's current deadline is **September 17, 2007.** Specifically, defendant requests that it be given an additional 30 days in which to file its answer or other responsive pleading. The grounds for the motion are set forth in the accompanying memorandum of points and authorities, and a proposed order granting the requested relief is attached.

On September 7, 2007, pursuant to L. Civ. R. 7(m), defendant's counsel consulted with plaintiff's counsel, Shane T.

2728883.1

Hamilton, about this motion.  Mr. Hamilton does not oppose the relief sought.

Oral argument is not requested.

Dated: September 10, 2007

                              Respectfully submitted,

                              /s/ Carmen M. Banerjee
                              CARMEN M. BANERJEE, D.C. Bar No. 497678[1]
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 227
                              Washington, D.C. 20044
                              Telephone: (202) 307-6423

                              Counsel for defendant
                              INTERNAL REVENUE SERVICE

Of Counsel:
JEFFREY A. TAYLOR
United States Attorney

---

[1] Ms. Banerjee is a federal government attorney admitted to the District of Columbia Court of Appeals, the New Jersey Supreme Court, and the United States District Court for the District of New Jersey.  She is not a member of the United District Court for the District of Columbia.  Ms. Banerjee includes her D.C. Bar number, however, in order to comply with L. Civ. R. 5.1(e), and notes that she files the instant motion and memorandum as an attorney employed by the United States pursuant to L. Civ. R. 83.2(d).

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE DISTRICT OF COLUMBIA**

```
MILLER & CHEVALIER CHARTERED,      )
                                   )
        Plaintiff,                 )
                                   )
   v.                              )    NO. 1:07-cv-01472 RMU
                                   )
INTERNAL REVENUE SERVICE           )
1111 Constitution Avenue, N.W.     )
Washington, DC 20224,              )
                                   )
        Defendant.                 )
```

**MEMORANDUM OF POINTS & AUTHORITIES IN
SUPPORT OF THE INTERNAL REVENUE SERVICE'S
MOTION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE PLEAD**

This is an action under the Freedom of Information Act, 5 U.S.C. § 552.

STATEMENT & DISCUSSION

1. <u>Introduction and Deadlines</u>. The United States Attorney was served with the complaint on August 16, 2007, and counsel for defendant Internal Revenue Service received the complaint on August 24, 2007. The summons served in the instant action states that the answer must be filed no later than 30 days from the date of service; the court has set **September 17, 2007** as defendant's filing deadline. The 30 day period in this case has nearly run.

2. <u>Other Relevant Facts</u>. Defendant is unable to respond to the complaint by September 17, 2007 because: (1) defendant needs time to investigate the facts relevant to the allegations made in the complaint, and (2) defendant's counsel needs time to conduct any additional investigation and meet with the defendant to discuss its defense. On August 29, 2007, defendant's counsel

left a voice mail message for plaintiff's counsel to discuss the need to extend defendant's time to answer.  On September 7, 2007, counsel for the parties consulted about this motion.  At that time, Shane T. Hamilton, counsel for plaintiff, consented to extend defendant's time to file an answer or other pleading responsive to the complaint until October 17, 2007.  Attached as Exhibit 1 is a letter from defendant's counsel to plaintiff's counsel confirming the consent.

    3.  <u>Relief requested</u>.  The defendant believes that an enlargement of time of 30 days would be sufficient time to file an answer or other pleading responsive to the complaint.

    4.  <u>The Court has discretion to grant this motion</u>. This Court has the discretion to grant the defendant's motion to enlarge the time in which to file a pleading responsive to the complaint.  *See e.g., Johnson v. Secretary, Health and Human Svcs.*, 587 F. Supp. 1117 (D.D.C. 1984)(denying a motion by the federal government to enlarge the time within which to file a pleading responsive to the complaint).  *See also, Motzinger v. Flynt*, 119 F.R.D. 373, 375 (M.D.N.C. 1988)(where the court stated that motions for additional time within which to serve process made before the regulatory deadline has lapsed "will be more liberally granted than those made after the expiration.").  In *Johnson*, the court found that: (1) the defendant, who had 60 days to file its answer, sought to unnecessarily delay the proceedings to determine plaintiff's disability benefits, and (2) the individual plaintiff was being harmed by the delay because his

2728871.1

very subsistence was at issue. Thus, the Court denied defendant's motion to enlarge time to answer the complaint.

The facts in the instant action are distinguishable from *Johnson*. The relief the defendant seeks: (1) will not unnecessarily or unreasonably delay the instant action; and (2) plaintiff, an entity, would not be harmed by the extension of time. As the *Motzinger* court noted, this Court may be more liberal in granting the defendant's motion given that the current 30-day period has not expired.

5. <u>Compliance with Local Rule 7(m)</u>. Pursuant to L. Civ. R. 7(m), on September 7, 2007, counsel for the parties consulted about this motion at which time plaintiff's counsel agreed to the enlargement of time. *See*, ¶2, *supra*, Exh. 1.

6. <u>Summary</u>. The Court should exercise its discretion to grant the requested enlargement of time in the interest of justice.

//

//

//

//

2728871.1

CONCLUSION

It is the position of the defendant that the motion for enlargement of time to file an answer or other responsive pleading ought to be granted.

Dated: September 11, 2007.

Respectfully submitted,

/s/ Carmen M. Banerjee
CARMEN M. BANERJEE, D.C. Bar No. 497678
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-6423

Counsel for defendant
INTERNAL REVENUE SERVICE

Of Counsel:
JEFFREY A. TAYLOR
United States Attorney

2728871.1

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that the foregoing MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF THE INTERNAL REVENUE SERVICE'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND, and its accompanying MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND, and proposed Order, were caused to be served upon plaintiff's counsel on the 11th day of September, 2007, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

                    Shane T. Hamilton, Esq.
                 Miller & Chevalier Chartered
        655 Fifteenth Street, N.W., suite 900
                Washington, D.C. 20005-5701


                        /s/ Carmen M. Banerjee
                        CARMEN M. BANERJEE

# DEFENDANT'S EXHIBIT 1

No. 1:07-cv-01472 RMU

2727297.1



**U.S. Department of Justice**

**Tax Division**

*Civil Trial Section, Eastern Region*

---

| | | |
|---|---|---|
| RTM:DAH:C.M. Banerjee<br>5-16-4226<br>CMN 2007104171 | *Post Office Box 227*<br>*Washington, DC 20044* | *Telephone: (202) 307-6423*<br>*Telecopier: (202) 514-6866* |

September 7, 2007

**Via Facsimile and Regular Mail**
Shane T. Hamilton, Esq.
Miller & Chevalier Chartered
655 Fifteenth Street, N.W., suite 900
Washington, D.C. 20005-5701

      Re: *Miller & Chevalier, Chtd. V. Internal Revenue Service,*
      No. 1:07-cv-01472 RMU

Dear Mr. Hamilton:

    This confirms our phone conversation earlier today. Currently, the Internal Revenue Service's deadline for filing an answer or other responsive pleading to your complaint is September 17, 2007. You have consented to extend that deadline to October 17, 2007. Next week, I expect to file the appropriate unopposed motion.

    Thank you for your professional courtesy.

                                        Sincerely yours,

                                        CARMEN M. BANERJEE
                                        Division Counsel for FOIA and PA Matters

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO                1456
RECIPIENT ADDRESS       912026265801
DESTINATION ID
ST. TIME                09/07 15:16
TIME USE                01'05
PAGES SENT              2
RESULT                  OK
```

# United States Department of Justice

## Tax Division
*Civil Trial Section, Eastern Region*
*P.O. Box 227 - Ben Franklin Station*
*Washington, D.C. 20044*
*Fax. (202) 514-6866*

| | |
|---|---|
| **TO:** | Shane Hamilton, Esq. |
| | Miller & Chevalier |
| **FAX NUMBER:** | 202 626-5801 |
| **SUBJECT:** | Miller & Chevalier v. IRS, 07-01472 |
| **DATE SENT:** | September 7, 2007 |
| **PAGES: (Including this cover sheet)** | 2 |
| **FAX FROM:** | Carmen M. Banerjee, Esq. |
| | 202 307-6423 |

COMMENTS:

# United States Department of Justice

Tax Division
*Civil Trial Section, Eastern Region*
*P.O. Box 227 - Ben Franklin Station*
*Washington, D.C. 20044*
*Fax: (202) 514-6866*

| | |
|---|---|
| **TO:** | Shane Hamilton, Esq. |
| | Miller & Chevalier |
| **FAX NUMBER:** | 202 626-5801 |
| **SUBJECT:** | Miller & Chevalier v. IRS, 07-01472 |
| **DATE SENT:** | September 7, 2007 |
| **PAGES: (Including this cover sheet)** | 2 |
| **FAX FROM:** | Carmen M. Banerjee, Esq. |
| | 202 307-6423 |

COMMENTS:

**WARNING:** The information contained in this facsimile is confidential and may be subject to disclosure limitations under Rule 6(e) of the Federal Rules of Criminal Procedure and Section 6103 of the Internal Revenue Code. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify the sender identified above by telephone.

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| MILLER & CHEVALIER CHARTERED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:07-cv-01472 RMU |
| ) | |
| INTERNAL REVENUE SERVICE ) | |
| 1111 Constitution Avenue, N.W. ) | |
| Washington, DC 20224, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING THE INTERNAL REVENUE SERVICE'S MOTION FOR
ADDITIONAL TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Upon consideration of defendant's motion for additional time in which to answer or otherwise plead, the reasons therefor, and plaintiff's lack of opposition thereto, the Court has determined that the motion should be, and therefore is, GRANTED. Accordingly, it is therefore

ORDERED, ADJUDGED, and DECREED that defendant has up to and including October 17, 2007, in which to serve its answer or other responsive pleading.

Dated this _____ day of September 2007.


_____
RICARDO M. URBINA
United States District Judge

**APPENDIX TO PROPOSED ORDER PURSUANT TO L. Civ. R. 7(k).**

The following attorney is entitled to be notified of the entry of the order in the matter entitled *Miller & Chevalier Chartered v. Internal Revenue Service,* Case No. 07-01472:

Shane T. Hamilton, Esq.
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, D.C. 20005-5701
E-mail: shamilton@milchev.com