UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILLER & CHEVALIER CHARTERED<br>655 Fifteenth Street, NW, Suite 900<br>Washington, D.C. 20005,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE<br>1111 Constitution Avenue, NW<br>Washington, D.C. 20224,<br><br>    Defendant. | Civil Action No. 1:07-cv-01472-RMU |

**JOINT STATUS REPORT**

Plaintiff, by its attorneys Miller & Chevalier Chartered, and Defendant, by its attorneys the United States Department of Justice, make the following Status Report and Proposed Briefing Schedule as required by this Court's Minute Order of April 10, 2008.

I.

1. Plaintiff brought this case under section 552 of the Freedom of Information Act (the "FOIA") (5 U.S.C. § 552), as amended, to order the production by Defendant of agency records.

2. Count I of Plaintiff's Complaint sought judicial review of Defendant's failure to produce the following documents in response to Plaintiff's April 6, 2005, FOIA request:

    a. A copy of the transmittal memorandum dated April 9, 1968, which accompanied T.D. 6952, and which is referenced on page three of the copy of the transmittal

3273754.1

memorandum for T.D. 6998 enclosed with Plaintiff's April 6, 2005, FOIA request ("Plaintiff's Count I.a. request"); and

    b.    A copy of the memorandum that was originally attached to the transmittal memorandum for T.D. 6998 and that was referred to on page ten of the copy of the transmittal memorandum for T.D. 6998 as a "memorandum containing more detail on this subject from this office to the office of the Assistant Commissioner (Technical)" ("Plaintiff's Count I.b. request").

3.    Count II of Plaintiff's Complaint sought judicial review of Defendant's failure to produce documents in response to Plaintiff's January 27, 2006, FOIA request for all background, administrative, and legal materials, including, but not limited to, internal IRS memoranda, hearing transcripts, analyses, and public comments filed regarding section 1.482-2(b) of the Treasury Regulations from 1965 through 1969, including:

    a.    Regulations proposed in April, 1965 (30 Fed.Reg. 4256);

    b.    Regulations withdrawn and reproposed in August, 1968 (31 Fed.Reg. 10394);

    c.    Final Regulations, T.D. 6952, issued in April, 1968 (33 Fed.Reg. 5848);

    d.    Changes to regulations proposed in April, 1968 (33 Fed. Reg. 5858); and

    e.    Final Regulation, T.D. 6998, issued in January, 1969 (34 Fed.Reg. 933).

4.    Count III of Plaintiff's Complaint sought judicial review of Defendant's failure to produce documents in response to Plaintiff's February 24, 2006, FOIA request for all background, administrative, and legal materials, including, but not limited to, internal Internal Revenue Service ("IRS") memoranda, hearing transcripts, analyses, and public comments filed

regarding IRS Notice of Proposed Rulemaking for REG-146893-02 and REG-115037-00 (68 Fed.Reg. 53448, 9/10/2003).

5. Defendant has located and must review a total of approximately 9,000 pages of potentially responsive material. Defendant has reviewed approximately 2,000 of the 9,000 pages as of the filing of this Report.

6. On October 16, 2007, Defendant made a production of documents fully responsive to Plaintiff's Count I.a. request. On May 6, 2008, Defendant made a production of documents responsive to Plaintiff's Count III request. Defendant withheld in part or in full other pages responsive to Plaintiff's Count III request based on an assertion that such documents are exempt from disclosure under 5 U.S.C. § 552(b)(5) ("Exemption 5"), and 5 U.S.C. § 552(b)(6) ("Exemption 6").

7. Plaintiff is in the process of evaluating Defendant's assertion of FOIA exemptions with respect to the documents withheld by Defendant.

8. As of the date of this filing, Defendant is in the process of reviewing the remaining 7,000 pages to determine whether any are responsive Plaintiff's Count I.b., II and III requests, and/or should be withheld in full or in part. Defendant expects to be able to report to Plaintiff's counsel the results of its search and review, and provide any other responsive documents it might locate, by no later than August 19, 2008.

II.

1. The parties anticipate that, if they are unable to resolve any disputes regarding the proper application of the FOIA exemptions claimed by Defendant, this case can be disposed of on motions for summary judgment. The parties propose the following briefing schedule:

- Defendant shall file its Motion for Summary Judgment by no later than September 29, 2008;

- Plaintiff shall file its Opposition to Defendant's Motion for Summary Judgment by no later than October 30, 2008;

- Defendant shall file its Reply by no later than November 19, 2008.

Respectfully submitted,

_/s/_ _____
SHANE T. HAMILTON

D.C. Bar No. 459320
Miller & Chevalier, Chartered
Metropolitan Square
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 626-5800
SHamilton@milchev.com

COUNSEL FOR PLAINTIFF

_/s/ Carmen M. Banerjee_
CARMEN M. BANERJEE

U.S. Department of Justice, Tax Division
P.O. Box 227
Washington, DC 20044
(202) 307-6423
carmen.m.banerjee@usdoj.gov

COUNSEL FOR DEFENDANT

Dated: May 12, 2008